UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-cr-113 |
| v. ) | |
| ) | Judge Collier |
| GARY CROSS ) | |

## **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the two-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter. (Doc. 25.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the Magistrate Judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 25) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **May 20, 2020, at 2:00 p.m.**

SO ORDERED.

ENTER:

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**